IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
Richmond Division

JACQUELINE D. MORRIS,

    Plaintiff,

v.                                Civil Action No. 3:12cv835

MICHAEL J. ASTRUE,
Commissioner of Social
Security,

    Defendant.

**FINAL ORDER**

This matter is before the Court on the Report and Recommendation of the Magistrate Judge entered on August 3, 2013 (Docket No. 13). The time to file objections has expired and neither party has objected to the Magistrate Judge's Report and Recommendation. Having considered the matter and deeming it otherwise proper and just to do so, it is hereby ORDERED:

    (1) The Report and Recommendation of the Magistrate Judge is ACCEPTED and ADOPTED as the OPINION of the Court;

    (2) Defendant's Motion to Dismiss (Docket No. 11) is GRANTED;

    (3) Plaintiff's Complaint (Docket No. 3) is DISMISSED with prejudice;

(4) The decision of the Commissioner is AFFIRMED; and

(5) This case is CLOSED.

The Clerk is directed to a copy of this Final Order to Plaintiff and all counsel of record.

It is so ORDERED.

/s/ REP
Robert E. Payne
Senior United States District Judge


Richmond, Virginia
Date: August 7, 2013